UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ALFREDO SERRANO FRANCO § | |
| § | |
| vs. § | NO: MO:23-CV-00188-DC |
| § | |
| BOBBY LUMPKIN § | |

**FINAL JUDGMENT**

On this day, the Court entered an Order Dismissing Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. §2254, as unexhausted. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254 is **DISMISSED *WITHOUT PREJUDICE***, with the Parties to bear their own costs.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

It is so **ORDERED**.

SIGNED this 21st day of March, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE